GENERAL FIRE ASSURANCE COMPANY OF PARIS, FRANCE, v. NATIONAL CITY BANK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

B. & B. TRUCKING, INC., v. HOME FIRE AND MARINE INSURANCE COMPANY OF CALIFORNIA.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS LEHMAN and Others v. ADOLPH SCHAPIRA and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. BROOKLYN AND MANHATTAN FERRY COMPANY. Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIZE COSTUME CO., INC., v. MME. ELIZE, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISABEL COX and Others v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES T. DAVIS v. EDWIN WEISL.— Motion denied, with ten dollars costs; stay pending application to Court of Appeals granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE B. ROGERS v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York.— Motion granted upon condition that said appeal be promptly brought on for argument. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LESLIE HICKSON, as Committee, etc., v. HICKSON, INC., and Others.— Motion granted upon condition that said appeal be promptly brought on for argument. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL PETT v. MAX SPIEGEL.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, MARCUS GARVEY, President, v. VERNAL J. WILLIAMS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PATRICK McNULTY v. THE CITY OF NEW YORK.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CARMINE PASCALE v. CARTER & WEEKS STEVEDORING COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

INSURANCE COMPANY OF NORTH AMERICA, Appellant, v. DANIEL G. WHITLOCK and Others, Copartners, etc., Respondents. (Action No. 1.) — Judgment modified by striking out the last paragraph thereof and by directing that the folders mentioned and described in the decision of the court at Special Term be returned to the plaintiff; and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.